UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RUSSELL VANBROCKLEN,

               Plaintiff,

                                         ORDER
v.                                       09-CV-897A

DR. DHAM GUPTA,

               Defendant.

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 11, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion be denied.

       This case is referred back to Magistrate Judge McCarthy for further proceedings.

       IT IS SO ORDERED.

                                               /s/ Richard J. Arcara
                                             HONORABLE RICHARD J. ARCARA
                                             UNITED STATES DISTRICT COURT

Dated: May 27, 2010